UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 04-cr-00013-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. JENNIFER DARLENE GLASS,

    Defendants.

_____

**ORDER**
_____

THIS MATTER comes before the Court on the Defendant's Unopposed Motion to Waive the Presence of the Defendant filed August 30, 2006. This motion seeks to waive Defendant's presence at the hearing set for October 23, 2006, pursuant to FED. R. CRIM. P. 43(b)(4). This hearing is on the Government's Motion for Reduction of Sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure. The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that Defendant's Unopposed Motion to Waive the Presence of the Defendant is **GRANTED**. Defendant's presence at the hearing on October 23, 2006, is hereby waived.

Dated: September 1, 2006

                                BY THE COURT:


                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge