**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE WILEY Y. DANIEL**

_____

| | | | |
|---|---|---|---|
| Date: | October 23, 2006 | Prob./Pret.: | Kurt Thoene |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No.  **04-cr-00013-WYD**            Counsel:

UNITED STATES OF AMERICA,                         James R. Boma

       Plaintiff,

v.

**3. JENNIFER DARLENE GLASS**,                    Michael W. Meyrick

       Defendant.

_____

**COURTROOM MINUTES**
_____

**HEARING ON GOVERNMENT'S MOTION FOR FURTHER SENTENCING REDUCTION UNDER RULE 35(b)**

**9:03 a.m.**    Court in Session - Defendant's presence waived

            APPEARANCES OF COUNSEL.

            Court's opening remarks.

            Government's Motion to Reduce Sentence Under the Provisions of Rule 35(b), Federal Rules of Criminal Procedure (#193 - 8/9/06) is raised for argument.

9:05 a.m.    Argument by Government (Mr. Boma).

9:14 a.m.    Argument by Defendant (Mr. Meyrick).

Judge Wiley Y. Daniel
04-cr-00013-WYD - Courtroom Minutes

---

9:22 a.m.        Argument by Government (Mr. Boma).

9:29 a.m.        Argument by Defendant (Mr. Meyrick).

9:32 a.m.        Argument by Government (Mr. Boma).

                 Court makes findings.

**ORDERED:**    Government's Motion to Reduce Sentence Under the Provisions of Rule 35(b), Federal Rules of Criminal Procedure (#193 - 8/9/06) is **GRANTED.**

**ORDERED:**    Term of imprisonment is reduced to **12 months and 1 day.**

**ORDERED:**    Defendant shall report to the facility designated by the Bureau of Prisons by **Monday, November 13, 2006, at 12:00 noon.**

**9:37 a.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  :34**